**FEDERAL DEPOSIT INSURANCE CORPORATION, In Its Corporate Capacity, and Richard E. Anderson, As Substitute Trustee, Plaintiffs–Appellants,**

v.

**E.R. RIGATTI, Defendant–Appellee.**

No. 89–1730.

United States Court of Appeals,
Fifth Circuit.

Sept. 19, 1990.

Rehearing Denied Oct. 18, 1990.

T. Ray Guy, David F. Hunt, Stephen E. Fox, Jenkens & Gilchrist, Dallas, Tex., for plaintiffs-appellants.

Bryan H. Hall, Randy Lee, Richard, Lee, Rowley & Cobb, El Paso, Tex., for defendant-appellee.

Before GOLDBERG, GEE and WILLIAMS, Circuit Judges.

GEE, Circuit Judge:

The FDIC appeals the district court's grant of summary judgment in favor of Mr. Rigatti. The facts and procedural history involved in this case are fully set forth in *FDIC v. Midland West Corporation,*

---

911 F.2d 1141. In light of our opinion in that case, we REVERSE the summary judgment granted to Mr. Rigatti and RE-MAND this case to the district court for further proceedings.

REVERSED and REMANDED.